

FILED
GREAT FALLS ...

2011 DEC 27  AM 10 49

PATRICK E. DUFFY, CLERK

BY

DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| GORDON SEES THE GROUND JR.,<br><br>            Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, C.C. EMERSON, LT. WIRSCHING, JOHN WEAVER, and TIM WILKINSON,<br><br>            Defendants. | No. CV-11-44-GF-SEH<br><br>**ORDER** |

United States Magistrate Judge Keith Strong entered Findings and

Recommendations in this matter on December 1, 2011.[1]  Plaintiff filed objections

on December 13, 2011.[2]  The Court reviews *de novo* findings and

recommendations to which objections are made.  28 U.S.C. § 636(b)(1).

_____

[1] Document No. 7

[2] Document No. 8

-1-

Upon *de novo* review of the record, I find no error in Judge Strong's

Findings and Recommendations and adopt them in full.

ORDERED:

1.   All of Plaintiff's claims against Rodriguez, Wirsching, and Weaver

and all procedural due process claims arising from Mr. Sees the

Ground's disciplinary hearing are DISMISSED.

2.   The Clerk shall enter judgment accordingly.

DATED this __27th__ day of December, 2011.

SAM E. HADDON
United States District Judge