# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

| | |
|---|---|
| GORDON SEES THE GROUND JR., <br><br> Plaintiff, <br><br> vs. <br><br> CORRECTIONS CORPORATION OF AMERICA, C.C. EMERSON, LT. WIRSCHING, JOHN WEAVER, and TIM WILKINSON, <br><br> Defendants. | No. CV-11-44-GF-SEH <br><br> **ORDER** |

United States Magistrate Judge Keith Strong entered Findings and Recommendations in this matter on December 1, 2011.[1] Plaintiff filed objections on December 13, 2011.[2] The Court reviews *de novo* findings and recommendations to which objections are made. 28 U.S.C. § 636(b)(1).

---

[1] Document No. 7

[2] Document No. 8

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. All of Plaintiff's claims against Rodriguez, Wirsching, and Weaver and all procedural due process claims arising from Mr. Sees the Ground's disciplinary hearing are DISMISSED.

2. The Clerk shall enter judgment accordingly.

DATED this 27th day of December, 2011.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge