FILED
JUL 03 2012
PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, BUTTE

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| GORDON SEES THE GROUND, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA and C.C. EMERSON,<br><br>Defendants. | No. CV 11-44-GF-SEH<br><br>**ORDER** |

On June 19, 2012, United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] in this matter. Defendants did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986).

---

[1] Docket No. 22.

-1-

However, this Court will review Judge Strong's Findings and Recommendations for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

Defendants Corrections Corporation of America and C.C. Emerson's Motion to Dismiss[2] is DENIED.

DATED this 13th day of July, 2012.

SAM E. HADDON
United States District Judge

---

[2] Docket No. 13.