

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

GREAT FALLS DIVISION

| | |
|---|---|
| GORDON SEES THE GROUND, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA, and C.C. EMERSON,<br><br>Defendants. | No. CV 11-44-GF-SEH<br><br>**ORDER** |

On October 15, 2012, United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] in this matter. Plaintiff did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this

---

[1] Docket No. 31.

Court will review Judge Strong's Findings and Recommendations for clear error.

Upon review, I find no clear error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

Plaintiff's Motion for Grant of Immediate Preliminary Injunctive Relief Against Defendant Corrections Corporation of America[2] is DENIED.

DATED this 6th day of November, 2012.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2]Docket No. 29.