

FILED
AUG 0 5 2013
Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| GORDON SEES THE GROUND, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>CORRECTIONS CORPORATION OF AMERICA and C.C. EMERSON,<br><br>Defendants. | CV 11-44-GF-SEH<br><br>ORDER |

United States Magistrate Judge Keith Strong entered his Findings and Recommendations on June 11, 2013.[1] Plaintiff filed objections on July 30, 2013.[2] The Court reviews *de novo* findings and recommendations to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's

---

[1] Document No. 49.

[2] Document No. 57.

Findings and Recommendations and adopt them in full.

ORDERED:

1. Defendants' Motion for Summary Judgment[3] is GRANTED.

2. The Clerk of Court is directed to enter judgment accordingly.

3. A certificate of appealability is DENIED as any appeal would not be taken in good faith.

DATED this 5th day of August, 2013.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[3] Document No. 36.